# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:04CR201-04-Mu

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| QUALITEST PHARMACEUTICALS, INC. ) | |
| ) | |

THIS MATTER is before the court upon the Motion of the government in open court on June 8, 2006 to dismiss all Counts against Defendant Qualitest Pharmaceuticals, Inc. in the Superseding Bill of Indictment.

IT IS THEREFORE ORDERED that all Counts against Defendant Qualitest Pharmaceuticals, Inc. in the Superseding Bill of Indictment are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Signed: June 19, 2006

Graham C. Mullen
United States District Judge